**Electronically Filed
Supreme Court
SCWC-21-0000093
31-OCT-2022
08:48 AM
Dkt. 3 ODAC**

SCWC-21-0000093

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

PETE K. BASABE,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-21-0000093; CASE NO. 3DCC-20-0000824)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner/Defendant-Appellant Pete K. Basabe's Application for Writ of Certiorari filed on September 20, 2022, is rejected.

DATED:  Honolulu, Hawaiʻi, October 31, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

